**252 So.2d 454**

**Lee Paul MANUEL, Sr.**

**v.**

**JENNINGS LUMBER COMPANY,**
**Inc., et al.**

**No. 51586.**

Sept. 28, 1971.

In re: Lee Paul Manuel Sr., applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Jefferson Davis. 248 So.2d 908.

Application denied; the showing made does not warrant the granting of the writ.

**252 So.2d 455**

**Eugene V. WANLESS**

**v.**

**Lawrence P. SMITH.**

**No. 51597.**

Sept. 28, 1971.

In re: V. V. Radionoff, Trustee for Eugene V. Wanless, and Mrs. Miriam Gaddes, divorced wife of Eugene V. Wanless applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 248 So.2d 343.

Writ refused. On the facts found by the Court of Appeal we find no error of law in the judgment complained of.